AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

**ORIGINAL**

| United States Department of Agriculture | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-00258-NT |
| MARK G. DEROCHE | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARK G. DEROCHE
347 SKOWHEGAN ROAD
FAIRFIELD ME 04937

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin J Crosman, Esq.
Jensen Baird Gardner & Henry,
Ten Free Street,
P.O. Box 4510,
Portland, ME 04112-4510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 20, 2025

Eric M. Storms
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Mark G. peroche___
was received by me on *(date)* ___5/29/25___.

☒ I personally served the summons on the individual at *(place)* ___347 Skowhegan Road,___
___Fairfield, maine___ on *(date)* ___5/29/25___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___5/29/25___

___James Tozier___
Server's signature

___James Tozier___
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:



# SOMERSET COUNTY SHERIFF'S OFFICE
## DALE P. LANCASTER SHERIFF
### Michael O. Mitchell Chief Deputy

## SHERIFF'S RETURN OF SERVICE

State of Maine
Somerset County

__5/29/25__
Date of Service

I have this day made service of the ANSWER TO FORECLOSURE COMPLAINT AND REQUEST FOR MEDIATION NOTICE

By serving in hand the within named __Mark G. Peroche__

By delivering a copy to _____
a person of suitable age and discretion then residing at person's usual place of abode.

By delivering a copy to _____
an agent authorized by appointment or by law to receive service of process.

By (other manner of service) _____

The said process was served this day at __342 Skowhegan Road, Fairfield, Maine__

_James Tozier_
Deputy Sheriff
James Tozier

131 EAST MADISON ROAD • MADISON, MAINE 04950 • (207) 474-9591